FILED
2014 Nov-17 PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| Heath Allred, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 6:13-cv-00930-LSC |
| | ) |
| City of Carbon Hill, AL; James Richardson, | ) |
| | ) |
| Defendant. | ) |

### REPORT OF MEDIATOR

The undersigned mediator wishes to report the above matter was mediated on November 10, 2014. As a result of the mediation, the parties reached a settlement of all issues. The attorneys of record will request the appropriate order from the court.

Respectfully submitted,

Arthur J. Hanes, Jr., Mediator
UPCHURCH WATSON WHITE & MAX
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this 17th day of November, 2014.

Russell B. Robertson, Esquire
**Laird and Robertson, P.C.**
Post Office Box 498
Jasper, AL 35502-0498

Michael A. Casey, Esquire
Timothy P. Donahue, Esquire
**Donahue & Associates, LLC**
1020 South 22nd Street
Birmingham, AL 35205

Nicholas B. Sparks, Esquire
**Royster Sparks & Diamond**
P.O. Box 729
Jasper, AL  35502-0729

_____
Arthur J. Hanes, Jr. , Mediator